**J D Haas & Associates, PLLC**
**10564 France Avenue South**
**Bloomington, MN 55431**
**Phone: (952) 345-1025**
**Email: jdhaas@jdhaas.com**

**ATTORNEY FOR PLAINTIFF**
**J D Haas, Esq.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ETHAN SANDERS, </br> </br> Plaintiff, </br> </br> vs. </br> </br> CREDIT COLLECTION SERVICES, </br> </br> Defendant. | ) Case No.: </br> ) </br> ) </br> ) CIVIL COMPLAINT </br> ) </br> ) AND </br> ) </br> ) JURY TRIAL DEMAND </br> ) </br> ) |

## CIVIL COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, Ethan Sanders, on behalf of himself (hereinafter "Plaintiff"), by and through his undersigned attorney, alleges against the Defendant, Credit Collection Services (hereinafter "Defendant") as follows:

### PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

### JURSIDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. §1692k (d)

3. Venue is proper in this district under 28 U.S.C § 1391(b).

## PARTIES

4. Plaintiff, Ethan Sanders, is a natural person, who at all relevant times has resided in the city of West Chicago, DuPage County, State of Illinois, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

5. Defendant is incorporated and doing business in the State of Massachusetts, with its corporate mailing address as 2 Wells Avenue, Newton, MA 02459, and is a "debt collector" as defined by 15 U.S.C § 1692a(6).

## FACTUAL STATEMENT

6. In August of 2014, Plaintiff was receiving calls from a number, (617) 581-1062, unknown to him. Plaintiff had not answered any of the calls and no messages were left.

7. On August 27, 2014 at 9:26 P.M., Plaintiff answered one of the calls. The caller identified themselves as calling from Credit Collection Services, Defendant in the instant matter. At this time, Plaintiff requested Defendant no longer call him.

8. Despite Plaintiffs request, he received an additional five phone calls made to his cellular phone, with dates and times as follows: September 11, 2014 at 9:57 P.M., September 25, 2014 at 9:45 P.M., and three phone calls were made to Plaintiff on September 17, 2014 at 8:57 P.M. with two back to back calls made at 10:55 P.M.

9. These phone calls placed to Plaintiff's cellular phone were not only violative of his request to not be called, but were also made after 9 P.M. which outside the proscribed timeframe allowable under the FDCPA.

10. Plaintiff has resided in Illinois continuously for the past (20) years.

11. The alleged debt Defendant is calling to collect upon is, upon information and belief, a debt that accrued in the state of Illinois.

12. Upon information and belief, nothing in Plaintiff's background, other than a brief vacation, has roots in California.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLECTIONS PRACTICES ACT
## 15 U.S.C § 1692c(a)(1)

13. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 12 above and incorporates them as if set forth specifically herein.

14. In August of 2014, Plaintiff was receiving calls from a number, (617) 581-1062, unknown to him. Plaintiff had not answered any of the calls and no messages were left.

15. On August 27, 2014 at 9:26 P.M., Plaintiff answered one of the calls. The caller identified themselves as calling from Credit Collection Services, Defendant in the instant matter. At this time, Plaintiff requested Defendant no longer call him.

16. Despite Plaintiffs request, he received an additional five phone calls made to his cellular phone, with dates and times as follows: September 11, 2014 at 9:57 P.M., September 25, 2014 at 9:45 P.M., and three phone calls were made to Plaintiff on September 17, 2014 at 8:57 P.M. and then two back to back calls made at 10:55 P.M.

17. These phone calls placed to Plaintiff's cellular phone were not only violative of his request to not be called, but were also made after 9 P.M. which outside the proscribed timeframe allowable under the FDCPA and a violation of 15 U.S.C. § 1692(c) (a)(1), wherein it is a violation of federal law to communicate with a consumer without consent at any unusual time or place, a debt collector shall assume that it is an inconvenient time to communicate with a consumer before 8 A.M. and after 9 P.M.

18. As a direct result of Defendant's actions, Plaintiff has been damaged.

## JURY TRIAL DEMAND

19. Plaintiff demands a trial by jury on all issues so triabal.

## RELIEF

WHEREFORE, Plaintiff, Ethan Sanders, requests that this Court enter judgment against the Defendant, and on behalf of Plaintiff for the following:

a. That an order be entered declaring the Defendant's actions, as described above, in violation of the FDCPA;

b. That judgment be entered against the Defendant for actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

c. That judgment be entered against the Defendant for statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A) and (B), in the amount of $1,000.00;

d. That the court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3):

e. That the Court grant such other and further relief as may be just and proper.

*Rest of Page Left Intentionally Blank*

*Signature Page to Follow*

Dated this 29th day of July, 2015

> Respectfully Submitted,
>
> s/ JD Haas
> J D Hass
> J D Haas & Associates, PLLC
> 10564 France Avenue South
> Bloomington, MN 55431
> Phone: (952) 345-1025
> Email: jdhaas@jdhaas.com
>
> Of Counsel to the Firm:
> Law Offices of Michael Lupolover
> 120 Sylvan Avenue, Suite 300
> Englewood Cliffs, NJ 07632
> Phone: (201) 461-0059
> Email: David@lupoloverlaw.com